

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00069-CV

**IN RE ESTATE OF JOHN WILLIAM MUELLER**, Deceased

From the County Court, Atascosa County, Texas
Trial Court No. 7702
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: August 21, 2019

VACATED AND REMANDED

The parties have filed a joint motion to dismiss the appeal stating they have settled the underlying dispute. The parties request that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. The motion is granted. The "Order Approving Mediated Settlement Agreement, Distributing Estate Assets, and Dismissing Jackie Mueller Mahoney's Claims With Prejudice" signed by the trial court on December 10, 2018 is vacated, and the cause is remanded to the trial court for further proceedings. TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

PER CURIAM